1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY L. DOWDY,                                    No. C 09-03144 WHA

        Petitioner,

  v.                                                    **ORDER RE PETITIONER'S
MOTION FOR RELIEF FROM
JUDGMENT UNDER FRCP 60(B)**

BEN CURRY,

        Respondent.

                                /

      By **NOON ON JANUARY 29**, respondent's counsel shall please respond to the reply by

petitioner with respect to cost-per-page and access limits. At the hearing scheduled for January

31, both sides shall bring a complete copy of plaintiff's medical file, to the extent it is in their

possession.

      **IT IS SO ORDERED.**

Dated: January 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE