IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. DOWDY,<br><br>    Petitioner,<br><br>  v.<br><br>BEN CURRY,<br><br>    Respondent.<br>_____/ | No. C 09-03144 WHA<br><br>**ORDER RE PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT UNDER FRCP 60(B)** |

By **NOON ON JANUARY 29**, respondent's counsel shall please respond to the reply by petitioner with respect to cost-per-page and access limits. At the hearing scheduled for January 31, both sides shall bring a complete copy of plaintiff's medical file, to the extent it is in their possession.

**IT IS SO ORDERED.**

Dated: January 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE