STEPHANIE M. ADRAKTAS (215323)
2625 Alcatraz Avenue, #233
Berkeley, CA 94705
Tel:  (415) 699-1507

Attorney for GREGORY DOWDY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWDY,<br><br>          Plaintiff,<br><br>     vs.<br><br>BEN CURRY, Warden, et al.,<br><br>          Defendants. | Case No. 3:09-cv-03144-WHA<br><br>[PROPOSED] ORDER RE: PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO F.R.C.P. 60(B) |

  Before the Court is Gregory Dowdy's Motion for Relief From Judgment pursuant to F.R.C.P. 60(b).

  IT IS HEREBY ORDERED THAT, for good cause shown, this Court is willing to entertain Dowdy's Rule 60(b) motion.

.

DATED:   January 31, 2013

_____
WILLIAM ALSUP
United States District Judge