IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY L. DOWDY,

    Petitioner,

 v.

BEN CURRY,

    Respondent.

                                   /

No. C 09-03144 WHA

**ORDER RE MEDICAL RECORDS AND SETTING BRIEFING SCHEDULE**

Our court of appeals has granted petitioner's motion for a limited remand to this Court for the limited purpose of consideration of petitioner's Rule 60(b) motion. By **WEDNESDAY AT NOON**, the parties shall file a statement updating the Court on whether the medical records have been produced and proposing a briefing schedule for petitioner's Rule 60(b) motion.

    **IT IS SO ORDERED.**

Dated: March 25, 2013.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE