IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. DOWDY,<br><br>    Petitioner,<br><br>  v.<br><br>BEN CURRY,<br><br>    Respondent.<br>                                           / | No. C 09-03144 WHA<br><br>**ORDER RE MEDICAL RECORDS AND SETTING BRIEFING SCHEDULE** |

Our court of appeals has granted petitioner's motion for a limited remand to this Court for the limited purpose of consideration of petitioner's Rule 60(b) motion. By **WEDNESDAY AT NOON**, the parties shall file a statement updating the Court on whether the medical records have been produced and proposing a briefing schedule for petitioner's Rule 60(b) motion.

**IT IS SO ORDERED.**

Dated: March 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE