IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY L. DOWDY,

    Petitioner,

 v.

BEN CURRY,

    Respondent.

No. C 09-03144 WHA

**ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S RULE 60 MOTION**

Petitioner has filed an update with the Court stating that the remaining medical records will be produced to counsel no later than April 3, 2012. Based on the request of the parties, the following briefing schedule is hereby set:

Motion filing deadline: May 3, 2013.

Opposition due: May 31, 2013.

Reply due: June 14, 2013.

No hearing date will be set unless the Court determines that oral argument is necessary.

**IT IS SO ORDERED.**

Dated: March 28, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE