IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY L. DOWDY,

    Petitioner,

  v.

BEN CURRY,

    Respondent.

No. C 09-03144 WHA

**ORDER RE RULE 60 MOTION**

    Respondent has requested additional time to submit a mental health clinician's report based on his or her review of petitioner's mental health records along with a responsive brief.

    Respondent has until **OCTOBER 11, 2013,** to file any responsive report and brief. Petitioner has until **NOVEMBER 1, 2013**, to file a reply brief. An evidentiary hearing is scheduled for **DECEMBER 9, 2013, AT 8:00 A.M.** It is possible that the Court will cancel the evidentiary hearing after reviewing both parties' reports and additional briefing, but it is best to schedule the evidentiary hearing now. Thus, both parties should prepare accordingly.

**IT IS SO ORDERED.**

Dated: September 13, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE