1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   GREGORY L. DOWDY,

13           Petitioner,                          No. C 09-03144 WHA

14      v.

15   BEN CURRY,                                   **SECOND ORDER RE**
                                                  **EVIDENTIARY HEARING**
16           Respondent.
                                          /
17

18          After reviewing the record and submissions by both parties, respondent's request to

19   vacate the evidentiary hearing is **DENIED**.

20          The experts who submitted reports on behalf of both parties must be present for the

21   evidentiary hearing.  Dr. A. L. Mathews and Dr. James R. Missett have both submitted signed

22   reports.  Dr. David Schatz, however, has not signed his expert report.  Respondent must file a

23   signed version of Dr. Schatz's expert report by **NOVEMBER 15, 2013**.

24          The three experts' signed reports will be deemed their direct testimony.  Each party will

25   have 30 minutes *per expert* to cross-examine the opposing party's expert witnesses.  The

26   opposing party will then have 15 minutes *per expert* to redirect.   In order to allow both parties to

27   prepare for the evidentiary hearing, the evidentiary hearing will be continued to **DECEMBER 23,**

28   **2013, AT 8:00 A.M.**

*United States District Court*
For the Northern District of California

1      Any proposed amendments to the evidentiary hearing must be submitted by **NOVEMBER**

2   **15, 2013, AT NOON**.

3

4      **IT IS SO ORDERED.**

5

6   Dated:  November 8, 2013.

                      WILLIAM ALSUP

7                         UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2