IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY L. DOWDY,

    Petitioner,

  v.

BEN CURRY,

    Respondent.
                           /

No. C 09-03144 WHA

**ORDER RE SCHEDULING EVIDENTIARY HEARING**

    Good cause shown, the evidentiary hearing will be rescheduled for **JANUARY 27, 2014, AT 8:00 A.M.**

    **IT IS SO ORDERED.**

Dated: November 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE