IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY L. DOWDY,

    Plaintiff,

v.

BEN CURRY,

    Defendant.

No. C 09-03144 WHA

**REMINDER AND ORDER RE EVIDENTIARY HEARING**

    The parties are reminded that an evidentiary hearing is scheduled for **JANUARY 27, 2014, AT 8:00 A.M.** The procedure for the evidentiary hearing is explained by the November 8 Order (Dkt. No. 59). In his Rule 60 motion, petitioner submitted a letter from Dr. A. L. Mathews, but parts of the letter are obscured due to creases in the page (Dkt. No. 42, Exh. 5). Petitioner is requested to submit a clean copy of Dr. Mathew's letter by **JANUARY 23, 2014, AT NOON**.

    **IT IS SO ORDERED.**

Dated: January 16, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE