IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY L. DOWDY,

    Plaintiff,

  v.

BEN CURRY,

    Defendant.
                                     /

No. C 09-03144 WHA

**ORDER GRANTING EXTENSION OF TIME TO FILE POST-HEARING BRIEFS**

    Good cause shown, both parties may file their post-hearing briefs by **FEBRUARY 5, 2014, AT 5:00 P.M.** Any reply briefs must be filed by **FEBRUARY 7, 2014, AT 5:00 P.M.** The Court will only consider an additional extension of time if good cause is shown.

    **IT IS SO ORDERED.**

Dated: January 31, 2014.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE