IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY L. DOWDY,

    Petitioner,

v.

BEN CURRY,

    Respondent.

No. C 09-03144 WHA

**ORDER RE MOTION FOR CERTIFICATE OF APPEALABILITY**

Following the February 26 order denying his Rule 60 motion, petitioner moves for a certificate of appealability on the question of whether he is entitled to equitable tolling due to mental incompetence. Given that our court of appeals has previously granted petitioner a certificate of appealability on that same question, petitioner's motion is **GRANTED**. *Slack v. McDaniel*, 529 U.S. 473, 478 (2000).

**IT IS SO ORDERED.**

Dated: March 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE